United States Courts
Southern District of Texas
ENTERED

FEB 2 8 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN B. ADRAIN | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-04-4117 |
| | § | |
| SUPERCHIPS, INC., et al. | § | |

## ORDER

The Court has considered the Unopposed Motion for Leave to File Second Amended Answer filed by Defendants Superchips, Inc., DiabloSport, LLC, Street & Performance Electronics, Inc., Crane Technologies Group, Inc., Bully Dog Technologies, LLC, BD Diesel Performance, Cobb Tuning, LLC, Competition Cams, Inc., WE Technologies, Inc., and Superchips Custom Tuning, LLC and is of the opinion that the motion should be granted in all respects.

It is **ORDERED** that Defendants Superchips, Inc., DiabloSport, LLC, Street & Performance Electronics, Inc., Crane Technologies Group, Inc., Bully Dog Technologies, LLC, BD Diesel Performance, Cobb Tuning, LLC, Competition Cams, Inc., WE Technologies, Inc., and Superchips Custom Tuning, LLC are granted leave to file their Second Amended Answer.

**SIGNED** this 25th day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE

HOU.2408894.1